THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| A.S., | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:23-cv-00281-CAR-CHW |
| | : | |
| v. | : | |
| | : | Social Security Appeal |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 14). In light of that request, to which the Plaintiff lodged no opposition, the Court hereby **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner, through the ALJ, will (1) update the record; (2) obtain medical expert evidence; (3) reevaluate whether Plaintiff had medical improvement as outlined in 20 C.F.R. § 404.1594; (4) take any further action needed to develop the record; (5) offer Plaintiff an opportunity for a hearing; (6) further consider the prior administrative findings; (7) further evaluate Plaintiff's residual function capacity (RFC); (8) obtain supplemental vocational expert testimony; and (9) issue a new decision.

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with our without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 31st day of January, 2024.

<u>s/ C. Ashley Royal</u>
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT